19518, 19519, 19520.   ATTERBERRY *v.* THE STATE (three cases).

HAWKINS, Justice.   These are companion cases to that of *Atterberry* v. *State,* ante.   *Held:*

1. There was sufficient evidence to authorize the verdicts, and the trial judge did not err in denying the general grounds of the motions for new trial.

2. Other questions presented by the records are controlled by the decision of this court in *Atterberry* v. *State,* ante.

*Judgments affirmed.   All the Justices concur.*

SUBMITTED NOVEMBER 13, 1956—DECIDED DECEMBER 5, 1956—REHEARING DENIED DECEMBER 18, 1956.

*John J. Sullivan, Aaron Kravitch,* for plaintiff in error.

*Andrew J. Ryan, Jr., Solicitor-General, Sylvan A. Garfunkel, Thomas M. Johnson, Jr., Assistant Solicitors-General,* contra.